No. 72–5145. NUDO v. BRANTLEY, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 72–5157. KYLE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 72–5196. WATSON v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 72–5204. TANNER v. TWOMEY, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 72–5356. FORD v. CALIFORNIA STATE PERSONNEL BOARD. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 72–5383. WHITE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 72–5385. KOTRLIK ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 72–5387. McEACHERN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 72–5392. MARTIN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 72–5400. OVERTON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 72–5403. GARRETT v. NEW JERSEY. Super. Ct. N. J. Certiorari denied.

No. 72–5408. JACKSON v. BOHLINGER. C. A. 1st Cir. Certiorari denied.

No. 72–5415. WILSON v. SCOTT, DISTRICT ATTORNEY OF KENOSHA COUNTY, ET AL. C. A. 7th Cir. Certiorari denied.